**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Jimenez-Santiz, )<br>)<br>  Petitioner, )<br>)<br>vs. )<br>)<br>)<br>United States of America, )<br>)<br>  Respondent. )<br>)<br>_____) | No. CV-11-1551-PHX-FJM<br>No. CR-10-1511-PHX-FJM<br><br>**ORDER** |

The court has before it petitioner's amended motion to vacate, set aside or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255 (doc. 4), respondent's response (doc. 6), and the report and recommendation of the United States Magistrate Judge (doc. 7). No objections to the report and recommendation were filed and the time for doing so has expired.

The court accepts the recommended decision of the Magistrate Judge pursuant to Rule 10, Rules Governing § 2255 Cases, and 28 U.S.C. § 636(b). Therefore, **IT IS ORDERED DENYING** the motion to vacate, set aside, or correct sentence (doc. 4). **IT IS FURTHER ORDERED** denying a certificate of appealability and leave to proceed *in forma pauperis* on appeal.

DATED this 20th day of September, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge